CHARLES H. KERN, RESPONDENT, v. THE TOWNSHIP OF PALMYRA, IN THE COUNTY OF BURLINGTON, ALBERT N. STEWART, CLERK OF SAID TOWNSHIP, AND THE COUNTY BOARD OF CANVASSERS OF THE COUNTY OF BURLINGTON, APPELLANTS.

Argued June 24, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"This is a local option case; among the grounds advanced for setting aside the election is the failure to comply with the Soldiers' Vote act. We have first considered this at some length in Scheible *v.* Hightstown, opinion filed herewith, and for the reasons given in that opinion the election under review, so far as it relates to the local option vote, will be set aside, but without costs.

"Other reasons are assigned, such as failure to advertise the council meeting properly, considered by us in the Bullock case, and failure of the township committee to examine the petition and signatures themselves. See *Lehigh Valley Railroad Co.* v. *Jersey City,* 81 *N. J. L.* 290. As to these it is claimed prosecutor is barred by assent and laches. It is unnecessary to go into either question, as the soldier vote matter is controlling and the previous conduct of prosecutor cannot be invoked against that."

For the appellants, *Arnold J. Beckenbach.*

For the respondent, *Harry Heher.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

KALISCH, J. (concurring). I vote to affirm the judgment of the Supreme Court solely upon the ground that the statutory requirements for submission of the special question to be voted on had not been complied with. The statute confers jurisdiction on the municipal authorities to submit the special question of local option to a vote of the people only when the statutory provisions relating to the subject have been fully complied with. The township failed in this respect, and, therefore, the election held was nugatory as to the question submitted.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, JJ.    12.

*For reversal*—None.